992

No. 80–6467. CHEUNG HON LAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6481. HERMANN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6484. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6487. BOSQUE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 80–6491. THOMPSON v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–6501. MANLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6503. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6509. NEVITT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6518. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6522. HART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6528. WINCHELL v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 80–6532. SANTOVENIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6537. McCUE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.